| | Fill in this information to identify the case: |
|---|---|
| Debtor 1 | Troy Everett Crumley |
| Debtor 2 | June Ann Crumley<br>fka June Ann McCoy |
| | (Spouse, if filing) |
| | United States Bankruptcy Court for the WESTERN District of LOUISIANA |
| | Case number 19-30401 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Carrington Mortgage Services, LLC     **Court claim no**. (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 5423

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 04/11/2019 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review Fee | 03/26/2019 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Troy Everett Crumley</u>　　　　　　　　　　　Case number *(if known)* <u>19-30401</u>
　　　　　Print Name　　Middle Name　　Last Name

## Part 2:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗　<u>/s/Darrelyn Thomas</u>　　　　　　　　　　　　　　Date　<u>09/16/2019</u>
　　Signature

| | | |
|---|---|---|
| Print | <u>Darrelyn　　　　　　　　　Thomas</u><br>First Name　　Middle Name　　Last Name | Title　<u>Bankruptcy Attorney</u> |
| Company | <u>RAS Crane, LLC</u> | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number　　　　Street | |
| | <u>Duluth, GA 30097</u><br>City　　　　　　　　　　　State　　ZIP Code | |
| Contact Phone | <u>470-321-7112</u> | Email　<u>dthomas@rascrane.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Elijah Orum Young, III
E. Orum Young Law, LLC
200 Washington St.
Monroe, LA 71201

Troy Everett Crumley
June Ann Crumley
11683 Wolfcreek
Bastrop, LA 71220

E. Eugene Hastings (Ch 13 Trustee)
POB 14839
Monroe, LA 71207

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

 

                RAS Crane, LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

                By: /s/ Alexis Van Zilen
                      Alexis Van Zilen
                      avzilen@rascrane.com